UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TCF NATIONAL BANK, | * | CIV 10-4149 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BEN S. BERNANKE; JANET L. YELLEN; KEVIN M. WARSH; ELIZABETH A. DUIKE; DANIEL K. TARULLO; and SARAH BLOOM RASKIN, in their official capacities for the Board of Governors of the Federal Reserve System, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A hearing was held before the Court on Monday, November 15, 2010. In accordance with the Court's rulings at the hearing,

IT IS ORDERED:

1. That Defendants' Emergency Motion to Consolidate Briefing or, in the alternative, to Continue Hearing and Extend Time to File Opposition to Plaintiff's Motion for a Preliminary Injunction, doc. 26, is granted to the extent that Defendants will have until Monday, December 20, 2010, to file their opposition to the Plaintiff's Motion for a Preliminary Injunction. Defendants' opposition shall include argument and authority regarding the merits of Plaintiff's Motion for a Preliminary Injunction, as well as argument and authority regarding whether the constitutionality of the Dodd-Frank Act is ripe for review.

2. That Plaintiff's reply shall be filed on or before Friday, December 31, 2010.

3. That the parties shall send a hard copy of their filings by overnight mail to the Court at the address stated at the hearing.

4. That a hearing will be held before the Court in Washington, D.C. beginning at 9:30 a.m. on Wednesday, January 12, 2011. The Court will issue an Order advising the parties of the exact location of the hearing as soon as it has been determined.

Dated this 15th day of November, 2010.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: /s/ Deb Peterson
DEPUTY