UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 10 2010
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| TCF NATIONAL BANK, | * | CIV 10-4149 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BEN S. BERNANKE; JANET L. YELLEN; KEVIN M. WARSH; ELIZABETH A. DUKE; DANIEL K. TARULLO; and SARAH BLOOM RASKIN, in their official capacities for the Board of Governors of the Federal Reserve System, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is TCF's Motion to Continue the January 12, 2011, hearing. The Defendants did not object to the continuance. In response to the Court's Order of December 9, 2010, the parties jointly submitted a letter to the Court with proposed dates for briefing. After consideration of the parties' submission,

IT IS ORDERED:

1. That TCF's Motion to Continue the January 12, 2011, hearing is granted.

2. That the Defendants' response to Plaintiff's Motion for Preliminary Injunction shall be served and filed on or before February 18, 2011.

3. That the Plaintiff's Reply shall be served and filed on or before March 4, 2011.

4. That any amicus briefs shall be served and filed on or before March 11, 2011.

5. That a hearing on TCF's Motion for a Preliminary Injunction will be held in Sioux Falls, South Dakota, on Monday, April 4, 2011, commencing at 1:00

P.M.

6. That in addition to the electronic filings, each of the parties and the amici should provide a hard copy to the Court at the address that was provided in open Court at the November 15, 2010, hearing.

7. That any person or entity that desires to make an amicus filing should file a Motion not later than March 4, 2011, requesting such filing with the Court. The Motion need not be accompanied by the proposed brief, although the brief may accompany the motion if the filer so desires. Any attached affidavits or other information will not count toward the page limitation that is applicable.

Dated this 10th day of December, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
            DEPUTY