UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TCF National Bank,<br><br>   Plaintiff,<br><br> v.<br><br>Ben S. Bernanke, Janet L. Yellen, Kevin M. Warsh, Elizabeth A. Duke, Daniel K. Tarullo, and Sarah Bloom Raskin, in their official capacities as Members of the Board of Governors of the Federal Reserve System,<br><br>   Defendants. | Case No.  4:10-cv-04149-LLP<br><br>NOTICE OF APPEARANCE |

  Please take notice and be advised that the undersigned, NATHAN M. SWINTON, does hereby appear as counsel for Defendants BEN S. BERNANKE, JANET L. YELLEN, KEVIN M. WARSH, ELIZABETH A. DUKE, DANIEL K. TARULLO, and SARAH BLOOM RASKIN, in their official capacities as Members of the Board of Governors of the Federal Reserve System.  Counsel is admitted to practice before the District Court for the Western District of Tennessee and represents Defendants in their official capacities, and thus appears before this Court pursuant to D.S.D. Civ. LR 83.3F.

  Notice is further given that all papers and documentation in said action are to be served electronically upon the undersigned, Nathan M. Swinton.  Any correspondence should be mailed to:

  Federal Programs Branch
  U.S. Department of Justice, Civil Division
  Post Office Box 883
  Washington, D.C. 20044

BRENDAN V. JOHNSON
United States Attorney

DIANA RYAN
Assistant United States Attorney

/s/ Nathan M. Swinton
NATHAN M. SWINTON (NY Bar ID # 802649)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 305-7667
Fax:  (202) 616-8470
Email:  Nathan.M.Swinton@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave, N.W.
Washington, D.C. 20001

CERTIFICATE OF SERVICE

      I, Nathan M. Swinton, do hereby certify that on January 18, 2011, I caused this Notice of Appearance to be served upon opposing counsel of record.

                                                    /s/ Nathan M. Swinton