UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| TCF National Bank, | Case No. 4:10-cv-04149-LLP |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Ben S. Bernanke, Janet L. Yellen, Kevin M. Warsh, Elizabeth A. Duke, Daniel K. Tarullo, and Sarah Bloom Raskin, the Board of Governors of the Federal Reserve System, in their official capacities; and John Walsh, Comptroller of the Currency, in his official capacity, | |
| Defendants. | |

Pursuant to Rule 83.9(B) of the Local Rules of the United States District Court for the District of South Dakota, the undersigned hereby notifies Court and Counsel that Kelly and Hannah, P.A., 3720 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, is hereby substituted for the firm of Kelly & Berens, P.A., 3720 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, as counsel for plaintiff TCF National Bank in this case.

Dated: February 1, 2011.                MEIERHENRY SARGENT LLP

By:_____
   Mark V. Meierhenry
   Clint Sargent
   William E. Blewett
   315 South Phillips Avenue
   Sioux Falls, South Dakota 57104-6318
   (605) 336-3075
   mark@meierhenrylaw.com

    clint@meierhenrylaw.com
    bill@meierhenrylaw.com

    Richard A. Epstein (admitted *pro hac vice*)
    Constitutional Scholar
    4824 So. Woodlawn Avenue
    Chicago, Illinois 60615
    (773) 450-4476

KELLY AND HANNAH, P.A.
    Timothy D. Kelly (admitted *pro hac vice*)
    Sarah E. Bushnell (admitted *pro hac vice*)
    3720 IDS Center, 80 South Eighth Street
    Minneapolis, Minnesota 55402
    tkelly@kellyhannahlaw.com
    sbushnell@kellyhannahlaw.com
    (612) 349-6171

*Of Counsel*:

VENABLE LLP
    Benjamin R. Civiletti
    William D. Coston
    Martin L Saad
    575 Seventh Street N.W.
    Washington, D.C. 20004
    (202) 344-4000
    brciviletti@Venable.com
    wdcoston@Venable.com
    mlsaad@Venable.com

    ***Attorneys for Plaintiff***