

**FILED**

MAR 0 2 2011

UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TCF NATIONAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEN S. BERNANKE; JANET L. YELLEN; ) <br> KEVIN M. WARSH; ELIZABETH A. DUKE; ) <br> DANIEL K. TARULLO; and SARAH BLOOM ) <br> RASKIN, the Board of Governors of the Federal ) <br> System, in their official capacities; and JOHN ) <br> WALSH, Comptroller of the Currency, in his ) <br> official capacity, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 10-4149 <br><br> MOTION FOR ADMISSION <br> *PRO HAC VICE* FOR <br> TODD J. ZYWICKI |

## STATEMENT OF MOVANT

I, Ronald A. Parsons, Jr., an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit *pro hac vice* Todd J. Zywicki, an attorney and member in good standing of the State Bar of Georgia, admitted to practice in the Northern District of Georgia, the United States Court of Appeals for the Fifth Circuit, and the State of Georgia, but not admitted to the Bar of this Court, who will be counsel for proposed *amicae* who are economists and law and economics scholars who teach, conduct research, and publish on issues of consumer protection and payment cards. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys *pro hac vice*.

Dated: March 2, 2011

JOHNSON, HEIDEPRIEM & ABDALLAH LLP

BY: /s/ RAParsons

Ronald A. Parsons, Jr.
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304

## STATEMENT OF PROPOSED ADMITTEE

I, Todd J. Zywicki, am currently a member in good standing of the State Bar of Georgia, United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Fifth Circuit, but not admitted to the Bar of this Court. I have no prior or pending disciplinary actions against me in any jurisdiction. I am aware of, and have reviewed, Local Rule 83.2(E) regarding the appearance of attorneys *pro hac vice*.

Dated: March 2, 2011

By: /s/ Todd J. Zywicki
Todd J. Zywicki
GMU Foundation Professor of Law
Editor, Supreme Court Economic Review
George Mason University School of Law
3301 Fairfax Dr.
Arlington, VA 22201
(703) 993-9484
Email: todd_zywicki@yahoo.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 2, 2011, I caused the foregoing Motion for Admission *Pro Hac Vice* for Todd J. Zywicki to be served on all parties by sending a copy via electronic mail to the following:

| | |
|---|---|
| **Mark V. Meierhenry:** | mark@meierhenrylaw.com |
| **Clint L. Sargent:** | clint@meierhenrylaw.com |
| **William E. Blewett:** | bill@meierhenrylaw.com |
| **Richard Allen Epstein:** | repstein@uchicago.edu |
| **Timothy D. Kelly:** | tkelly@kellyhannahlaw.com |
| **Sarah E. Bushnell:** | sbushnell@kellyhannahlaw.com |
| **Bradley H. Cohen:** | bradley.cohen@usdoj.gov |
| **Nathan Michael Swinton:** | Nathan.M.Swinton@usdoj.gov |
| **Diana J. Ryan:** | diana.ryan@usdoj.gov |

Dated: March 2, 2011

*/s/ RA Parsons*
Ronald A. Parsons, Jr.