UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUDGE - Lawrence L. Piersol | REPORTER - Jill Connelly/FTR #1 |
| CASE NO. - CIV10-4149 | Date - 4/4/11 |
| | PAGE NO. - 1 |

| <u>CASE</u> | <u>COUNSEL</u> |
|---|---|
| TCF NATIONAL BANK, | Mark Meierhenry, Martin Saad, Richard Epstein, Timothy Kelly |
| Plaintiff, | |
| vs. | |
| BEN S. BERNANKE, in his official capacity, Board of Governors of the Federal Reserve System, et al | Bradley H. Cohen |
| Defendant. | |

COURTROOM DEPUTY: Jackie Meisenheimer

TIME HEARING SCHEDULED TO BEGIN: 1:00 pm

<u>TIME:</u>

| | |
|---|---|
| 1:05 pm | Enter motion hearing before the Hon. Lawrence L. Piersol, District Judge, Sioux Falls. Counsel state their appearances for the record. |
| | Mr. Kelly, on behalf of the plaintiff, argues to the Court on behalf of their motion. Mr. Cohen, on behalf of the defendant, argues to the Court regarding plaintiff's motions. Mr. Kelly makes rebuttal argument. |
| | Court advises parties he will rule on facial claim w/regard to the statute today. |
| 3:00 pm | Court in recess for 15 minutes. |
| 3:25 pm | Court resumes. |
| | Court to rule on facial claim w/regard to the statute. Court to rule on preliminary injunction. |

| | |
|---|---|
| CASE NO. -   CIV10-4149 | Date - 4/4/11 |
| | PAGE NO. - 2 |

        Question before the Court is whether Durbin Amendment legislation and regulations promulgated from it are going to be found constitutional or not.  Nothing will be answered with regard to the regulations at this point as we don't know what they are.

        Court takes motion to dismiss under advisement.

        Court denies plaintiff's request for preliminary injunction.

        Parties to submit their proposed findings and conclusions.

3:50 pm        Court in recess.