# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 13, 2011

Mr. Mark V. Meierhenry
MEIERHENRY & SARGENT
315 S. Phillips Avenue
Sioux Falls, SD  57104-0000

RE:  11-1805 TCF National Bank v. Ben Bernanke, et al

Dear Mr. Meierhenry:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We have received appellant's motion to expedite briefing and argument.  The motion has been referred to the court.  You will be advised of the court's ruling on the motion.

Michael E. Gans
Clerk of Court

CBC

Enclosure(s)

cc:   Mr. William E. Blewett
      Ms. Sarah Elisabeth Bushnell
      Mr. Bradley H. Cohen
      Ms. Jill Connelly
      Mr. Joseph A. Haas
      Mr. Timothy D. Kelly
      Ms. Diana Jo Ryan
      Mr. Martin L. Saad

District Court/Agency Case Number(s):   4:10-cv-04149-LLP

**Caption For Case Number:   11-1805**

**TCF National Bank**

       **Plaintiff - Appellant**

**v.**

**Ben S. Bernanke; Janet L. Yellen; Kevin M. Warsh; Elizabeth A. Duke; Daniel K. Tarullo; Sarah Bloom Raskin, the Board of Governors of the Federal Reserve System, in their official capacities; John Walsh, Comptroller of the Currency, in his official capacity**

       **Defendants - Appellees**

**Addresses For Case Participants:   11-1805**

Mr. Mark V. Meierhenry
MEIERHENRY & SARGENT
315 S. Phillips Avenue
Sioux Falls, SD  57104-0000

Mr. William E. Blewett
MEIERHENRY & SARGENT
315 S. Phillips Avenue
Sioux Falls, SD  57104-0000

Ms. Sarah Elisabeth Bushnell
KELLY & HANNAH
80 S. Eighth Street
3720 IDS Center
Minneapolis, MN  55402-0000

Mr. Bradley H. Cohen
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC  20044-0000

Ms. Jill Connelly
400 S. Phillips Avenue
U.S. Courthouse & Federal Building
Sioux Falls, SD  57102-0000

Mr. Joseph A. Haas
U.S. DISTRICT COURT
District of South Dakota
400 S. Phillips Avenue
Room 128
Sioux Falls, SD  57104-0000

Mr. Timothy D. Kelly
KELLY & HANNAH
80 S. Eighth Street
3720 IDS Center
Minneapolis, MN  55402-0000

Ms. Diana Jo Ryan
U.S. ATTORNEY'S OFFICE
District of South Dakota
P.O. Box 2638
Sioux Falls, SD  57101-2638

Mr. Martin L. Saad
VENABLE LAW OFFICE
575 Seventh Street, N.W.
Washington, DC  20004-0000