

**U.S. Department of Justice**

Civil Division

---

*Washington, D.C. 20530*

April 15, 2011

*via ECF*
The Honorable Lawrence L. Piersol
United States District Judge
District of South Dakota
United States Courthouse, Rm 202
400 S. Phillips Ave.
Sioux Falls, South Dakota 57104

     Re: <u>TCF National Bank v. Bernanke</u>, 4:10-cv-04149-LLP

Dear Judge Piersol:

     At the hearing in the above-referenced matter on April 4, 2011, the Court denied Plaintiff's motion for a preliminary injunction, took Defendants' motion to dismiss under advisement, and directed Defendants to submit proposed findings and conclusions regarding the Court's denial of Plaintiff's motion. Attached and filed separately please find Defendants' proposed findings of fact, conclusions of law, and order denying plaintiff's motion for a preliminary injunction.

                        Sincerely,

                        Bradley H. Cohen
                        Trial Attorney
                        Federal Programs Branch
                        U.S. Department of Justice